**In the Matter of Wilson H. OLDHOUSER.**

No. 754 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

June 19, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 19th day of June, 2002, Wilson H. Oldhouser having been judicially declared incapacitated as to matters affecting his estate by Order of the Court of Common Pleas of York County dated May

9, 2002, in accordance with Rule 301(c), Pa.R.D.E., it is

ORDERED that Wilson H. Oldhouser is transferred to inactive status effective immediately and for an indefinite period until further order of this Court.